Honorable Donald J. Stohr
United States Magistrate Judge
Thomas F. Eagleton Court House
St. Louis, Mo 63102
Nov , 2003

RECEIVED
BY MAIL
NOV 13 2003
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Honorable Judge Stohr,

It is with a sincere apology that I now address this Court in respect to my outburst Friday Nov 7, 2003 in your Court.

As have been a common description of my Court appointed Attorney throughout our client / Attorney relationship. I felt a void of adequate representation with his allowing the Prosecution to make the incriminating and inflammatory statements that was made without placing objections on my behalf.

In addition to allowing the proceedings to move forward in such as fashion as to allow me to waive my 5th Amendment right to self incrimination by signing a non negotiated Plea Agreement in which my signature would have rendered me in affect pleading guilty to even more serious changes is incomprehensible. As I informed him I was going to plead "Nolo Contendere". Therefore I am informing this Court of my immediate intent to file a Motion of Ineffective Assistance of Counselor, effective today 11-08-03. However I will wait until my Attorney Mr. Dan Ringwald, visit with me supposedly next week to have this letter notarized and forwarded because he is a fair man and I want to give him the benefit of knowing my intent. Again I humbly ask that the court accept my most humble apology. A more formal motion will be forwarded as soon as I learn how to prepare such. I pray that your Honorable Court nor yourself will look upon

my emotional outburst with a lasting negative impression As I was refuting the Prosecutions extenuating Allegations in the only untrained - unlearned, Naive way I knew possible.

Respectfully,
Larry Flenoid

"OFFICIAL SEAL"
SHERRY DAVIS
Notary Public, State of Illinois
St. Clair County
My Commission Expires 5/03/05

11-10-03

Larry Flenoid 307899
St. Clair County Jail
700 5th St.
Belleville, Ill 62220

Mr. Larry Plenois
St. Clair County Jail
700 5th St.
Belleville, Ill. 62220

SAINT LOUIS MO 63
PM
12 NOV
2003




RECEIVED BY MAIL

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

c/o Clerk of Court
Honorable Judge Donald J. Stohr
United States District Judge
Thomas F. Eagleton Court House
111 South 10th St.
St. Louis, Mo. 63102

63102+1125