**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

RECEIVED
BY MAIL
APR 21 2004
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

April 21, 2004

Mr. Daniel Lawrence Ringwald
HERDER & HERDER
Southport Office Center, Suite A
4173 Cresent Drive
St. Louis, MO 63129

Re: 04-1899 USA vs. Larry Flenoid

Dear Counsel:

Appellant's motion for appointment of new counsel has been filed and will be referred to the court. Until the court has rendered a decision on the motion, the briefing schedule will be suspended. You will be advised when a revised briefing schedule is established.

We have also forwarded a copy of the motion for appointment of new counsel to Messrs. Ringwald, Stevens and Dittmeier.
(5176-010199)

Sincerely,

Michael E. Gans
Clerk of Court

llb

cc: Larry Flenoid
Cristian M. Stevens
Thomas E. Dittmeier
Patti Dunn-Wecke, Court Reporter
James G. Woodward, Clerk

District Court/Agency Case Number(s): 4:03-cr-501-DJS