**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

RECEIVED
APR 23 2004
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

April 23, 2004

Mr. Daniel Lawrence Ringwald
HERDER & HERDER
Southport Office Center, Suite A
4173 Cresent Drive
St. Louis, MO 63129

Re: 04-1899 USA vs. Larry Flenoid

Dear Counsel:

Enclosed are copies of an order and briefing schedule entered today in the above case at the direction of the court.

(5009-010199)

Sincerely,

Michael E. Gans
Clerk of Court

dlb

Enclosure(s)

cc: Larry Flenoid
Cristian M. Stevens
Patti Dunn-Wecke, Court Reporter
James G. Woodward, Clerk

District Court/Agency Case Number(s): 4:03-cr-501-DJS

# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 04-1899

| | |
|---|---|
| United States of America, | * |
| Appellee, | * |
| vs. | * Appeal from the United States District Court for the Eastern District of Missouri |
| Larry Flenoid, | * |
| Appellant. | * |

Appellant's motion for appointment of new counsel has been considered by the court and is hereby denied.

April 23, 2004

Order Entered at the Direction of the Court:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit