**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

April 19, 2016

Mr. Larry Flenoid
FEDERAL CORRECTIONAL INSTITUTION
18797-044
P.O. Box 33
Terre Haute, IN 47808-0000

RE: 16-1715 In re: Larry Flenoid

Dear Mr. Flenoid:

Enclosed is a copy of an order entered today in the above case at the direction of the court.

Michael E. Gans
Clerk of Court

CMD

Enclosure(s)

cc: Mr. Gregory J. Linhares

District Court/Agency Case Number(s): 4:03-cr-00501-DJS-1

**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

No: 16-1715

---

In re: Larry Flenoid

Petitioner

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:03-cr-00501-DJS-1)

---

**JUDGMENT**

Before BENTON, ARNOLD and SHEPHERD, Circuit Judges.

The court has examined the docket sheet in movant's habeas corpus petition (No. 4:11-CV-330) and sees no evidence that he made any payments to that case other than a $5.00 filing fee. The $250.00 which petitioner complains was diverted to his criminal case was in fact paid in partial satisfaction of a fine imposed in his underlying criminal case. There has therefore been no misdirection of his funds.

We therefore deny the petition.

April 19, 2016

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

---

/s/ Michael E. Gans