**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

October 29, 2025

Larry Flenoid
FEDERAL CORRECTIONAL INSTITUTION
18797-044
P.O. Box 33
Terre Haute, IN 47808-0000

RE: 25-3115 United States v. Larry Flenoid

Dear Larry Flenoid:

Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, **no grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

Susan E. Bindler
Clerk of Court

JES

Enclosure(s)

cc: Clerk, U.S. District Court, Eastern District of Missouri
Jason Dunkel
Cristian M. Stevens

District Court/Agency Case Number(s): 4:03-cr-00501-CDP-1

**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

No: 25-3115

---

United States of America

Plaintiff - Appellee

v.

Larry Flenoid

Defendant - Appellant

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:03-cr-00501-CDP-1)

---

**JUDGMENT**

Before LOKEN, SMITH, and KOBES, Circuit Judges.

This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the November 24, 2024 and October 1, 2025 orders of the district court are summarily affirmed. See Eighth Circuit Rule 47A(a).

October 29, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler