IN THE UNITED STATES DISTRICT COURT
FOR THE EIGHTH CIRCUIT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| LARRY FLENOID, | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. 4:03-CR-501-DJS |
| UNITED STATES OF AMERICA, | ) | |
| Respondent, | ) | |

MOTION SEEKING APPOINTMENT OF COUNSEL

COMES NOW Larry Flenoid (hereinafter Petitioner/movant) respectfully pray this Honorable Court provide competent counsel (preferrably from the Federal Public Defenders Office) to assist in his making the presentation and argument to the court of the meritorious "extraordinary and compelling reasons"; "any other reason" and "unique circumstances" a sentence modification/reduction, in this case, is both warranted and authorized.

In support of this request, for appointment of counsel, Petitioner/Movant acknowledge, that although the district court in United States v. Harris, 568 F.3d 666,689 (8th cir.) decided there is no constitutional or statutory right to counsel in §3582 proceeding (citing 18 U.S.C. §3006(c)). The district court in United States v. Woods, 2021 U.S. App. LEXIS 12881, found that the "interest of justice" require the appointment of counsel, determining that the issues involving the First Step Act are

inherently novel, and the myriad of issues are sufficiently complex for a pro se litigant.

Petitioner/Movant respectfully pray this Honorable Court will decide favorably on his request and GRANT the appointment of counsel in this case.

Respectfully Submitted,

Larry Flenoid pro-se
18797-044
United States Penitentiary
P.O.Box 33
Terre Haute, In. 47808

CERTIFICATE OF SERVICE