IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 4:03CR0501 CDP |
| v. | ) | |
| | ) | |
| LARRY FLENOID, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF INTENT NOT TO FILE SUPPLEMENTAL MOTION**

COMES NOW Federal Public Defender Nanci H. McCarthy, and states that, after reviewing Defendant's pro se motion, the Presentence Investigation Report, and other relevant documents, the undersigned has concluded that the motion requires no further supplementation. Defendant's pro se filing sets forth all information necessary for this Court to consider and rule upon the request for relief. Accordingly, the undersigned will not be submitting any additional pleadings on Defendant's behalf.

WHEREFORE, the undersigned states that no supplemental motion is forthcoming.

Respectfully submitted,

/s/Nanci H. McCarthy
NANCI H. MCCARTHY, 45443 MO
Federal Public Defender
1010 Market Street - Suite 200
St. Louis, Missouri 63101
Telephone 314-241-1255
FAX: 314-421-3177
E-Mail: Nanci_McCarthy@fd.org

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on 3/24/2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the Office of the United States Attorney.

/s/ Nanci H. McCarthy
NANCI H. MCCARTHY, 45443 MO
Federal Defender